Mon, Sep

4:10

✓ You sent a payment to Remy Coeytaux MD PC

RC

Remy Coeytaux MD PC

"Aed axes Kendal Garza"

- $150

Social activity

♥ 0    💬 0

 Like this business?
Spread the word to friends and family you think will like it, too.

**Share profile**

Status

Complete

Payment method

VISA    Visa Debit
Debit •••• 1012

Transaction details

September 16, 2024, 9:10 PM · 🔒 Private

Paid to

@RemyCoeytaux

You paid for goods or services. You can get a full refund if an eligible purchase isn't what you paid for.