**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| JERRY RODRIGUEZ and<br>ISABELLA IRENE RODRIGUEZ<br><br>  Plaintiffs,<br><br>v.<br><br>REMY COEYTAUX<br><br>  Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. NO. 3:26-cv-207 |

_____

**DEFENDANT'S RULE 7.1(a) CERTIFICATE OF INTERESTED PARTIES**
_____

Pursuant to the Court's Order, ECF No. 3, and Federal Rule of Civil Procedure 7.1(a), Defendant Dr. Remy Coeytaux hereby states that he is a citizen of California and that there are no other persons or entities that are financially interested in this litigation.

Dated: July 15, 2026

Respectfully submitted.

/s/ Christopher M. Odell
Christopher M. Odell
Leah Schultz
Arnold & Porter Kaye Scholer LLP
700 Louisiana Street, Suite 4000
Houston, Texas 77002-2755
(713) 576-2400 (phone)
(713) 576-2499 (fax)
christopher.odell@arnoldporter.com
leah.schultz@arnoldporter.com

Marc Hearron
HEARRON PLLC
Texas State Bar No. 2450739

1

(*pro hac vice forthcoming*)
marc@hearronlaw.com
100 Crescent Court
Suite 700, PMB 17265624
Dallas, Texas 75201
(214) 278-6815 (phone)

Jenna Hudson
CENTER FOR REPRODUCTIVE RIGHTS
District of Columbia State Bar No. 1002396
(*pro hac vice forthcoming*)
jhudson@reprorights.org
1600 K St. NW
Washington, DC 20002
(202) 628-0286 (phone)

*Counsel for Defendant Remy Coeytaux*

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2026, the foregoing document was electronically filed with the Clerk of Court for the U.S. District Court, Southern District of Texas, using the electronic filing system of the court.

> */s/ Christopher M. Odell*
> Christopher M. Odell
> ARNOLD & PORTER KAYE SCHOLER LLP
> Texas State Bar No. 24037205
> S.D. Tex. Bar No. 33677
> Christopher.Odell@arnoldporter.com

3