UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| **Jerry Rodriguez** and **Isabella Irene Rodriguez**, <br><br> Plaintiffs, <br><br> v. <br><br> **Remy Coeytaux**, <br><br> Defendant. | Case No. 3:26-cv-207 |

## CERTIFICATE OF INTERESTED PARTIES

On behalf of plaintiffs Jerry Rodriguez and Isabella Irene Rodriguez, and in accordance with this Court's order of July 1, 2026 (ECF No. 3), I certify that there are no persons or entities that are financially interested in this litigation apart from: (1) Mr. Rodriguez and Ms. Rodriguez; (2) the individual attorneys and law firms representing Mr. Rodriguez and Ms. Rodriguez; (3) Defendant Remy Coeytaux; and (4) Remy Coeytaux MD PC. None of these entities are publicly traded corporations.

Respectfully submitted.

/s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
 *Attorney-in-Charge*
Texas Bar No. 24075463
S.D. Tex. Bar No. 1133287
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

Dated: July 23, 2026

*Counsel for Plaintiffs*