**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| JERRY RODRIGUEZ and<br>ISABELLA IRENE RODRIGUEZ<br><br>  Plaintiffs,<br><br>v.<br><br>REMY COEYTAUX<br><br>  Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. NO. 3:26-cv-207 |

_____

**JOINT MOTION FOR ENTRY OF AN AGREED BRIEFING SCHEDULE**
_____

Plaintiffs Jerry Rodriguez and Isabella Irene Rodriguez ("Plaintiffs") and Defendant

Dr. Remy Coeytaux ("Defendant") (collectively, the "Parties") respectfully move this

Court for the entry of an agreed briefing schedule on Defendant's forthcoming Motion to

Dismiss, Plaintiffs' Motion for Preliminary Injunction, ECF No. 5, and Plaintiffs' Motion

for Rule 54(b) Partial Final Judgment, ECF No. 6. In support of this Motion, the Parties

show this Court as follows:

1. Plaintiffs filed their complaint in this lawsuit on June 30, 2026. ECF No. 1.[1]

2. Plaintiffs filed a motion for a preliminary anti-suit injunction on July 5, 2026, and a

motion for entry of a Rule 54(b) partial final judgment on their claim for a permanent anti-

---

[1]  Plaintiff Jerry Rodriguez previously filed a lawsuit against Defendant. *Rodriguez v. Coeytaux*, No. 3:25-cv-00225 (S.D. Tex. filed July 20, 2025). He voluntarily dismissed the lawsuit on June 30, 2026.

suit injunction on July 6, 2026. ECF Nos. 5, 6. Defendant's responses to both motions are presently due on July 27, 2026, prior to his response to the Complaint.

3.    Defendant intends to file a motion to dismiss the Complaint. That motion will raise, among other issues, substantial questions regarding Plaintiffs' standing and the Court's authority to adjudicate the requested injunctive relief. These standing and jurisdictional issues overlap significantly with the issues presented in Plaintiffs' motions for preliminary injunction and Rule 54(b) partial final judgment.

4.    On July 20, 2026, Defendant moved to stay his deadlines to respond to Plaintiffs' pending motions until thirty days after the Court decided Defendant's forthcoming motion to dismiss or, in the alternative, to enter a briefing schedule by which Defendant's motion to dismiss and Plaintiffs' pending motions would be briefed simultaneously. Plaintiffs opposed the motion.

5.    The Parties have since conferred and agree that simultaneous and coordinated briefing would conserve this Court's and the Parties' resources by fully addressing related issues at the same time. Accordingly, the Parties respectfully propose the following consolidated briefing schedule:

- **September 1, 2026**: Defendant's Motion to Dismiss

- **October 1, 2026**: Plaintiffs' Response to the Motion to Dismiss; Defendant's Response to Plaintiffs' Motion for Preliminary Injunction; and Defendant's Response to Plaintiffs' Motion for Rule 54(b) Partial Final Judgment.

- **October 22, 2026**: Defendant's Reply in Support of the Motion to Dismiss; Plaintiffs' Replies in Support of the Motion for Preliminary Injunction and Motion for Rule 54(b) Partial Final Judgment.

6. This modification of the briefing schedule is made in good faith and not for the purpose of delay. The proposed briefing schedule will not delay the progression of the other deadlines, as the Initial Pretrial and Scheduling Conference is set for October 14, 2026, and no docket control order has been entered yet.

A proposed order granting the parties' joint motion is attached.

Dated: July 24, 2026

| | |
|---|---|
| */s/ Jonathan F. Mitchell* | */s/ Christopher M. Odell* |
| Jonathan F. Mitchell | Christopher M. Odell |
| *Attorney-in-Charge* | Texas State Bar No. 24037205 |
| Texas Bar No. 24075463 | Leah Schultz |
| S.D. Tex. Bar No. 1133287 | Texas State Bar No. 24126910 |
| Mitchell Law PLLC | Arnold & Porter Kaye Scholer LLP |
| 111 Congress Avenue, Suite 400 | 811 Main Street, Suite 1800 |
| Austin, Texas 78701 | Houston, TX 77002 |
| (512) 686-3940 (phone) | (713) 576-2400 (phone) |
| (512) 686-3941 (fax) | (713) 576-2499 (fax) |
| jonathan@mitchell.law | christopher.odell@arnoldporter.com |
| | leah.schultz@arnoldporter.com |

*Counsel for Plaintiffs Jerry Rodriguez and Isabella Irene Rodriguez*

Marc Hearron
HEARRON PLLC
Texas State Bar No. 24050739
(*pro hac vice forthcoming*)
marc@hearronlaw.com
100 Crescent Court
Suite 700, PMB 17265624
Dallas, Texas 75201
(214) 278-6815 (phone)

3

Jenna Hudson
CENTER FOR REPRODUCTIVE RIGHTS
District of Columbia State Bar No. 1002396
(*pro hac vice forthcoming*)
jhudson@reprorights.org
1600 K St. NW
Washington, DC 20006
(202) 628-0286 (phone)

*Counsel for Defendant Remy Coeytaux*

4

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2026, the foregoing document was electronically filed with the Clerk of Court for the U.S. District Court, Southern District of Texas, using the electronic filing system of the court.

> */s/ Christopher M. Odell*
> Christopher M. Odell
> ARNOLD & PORTER KAYE SCHOLER LLP
> Texas State Bar No. 24037205
> S.D. Tex. Bar No. 33677
> Christopher.Odell@arnoldporter.com