United States District Court
Southern District of Texas
**ENTERED**
July 27, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

JERRY RODRIGUEZ AND             §
ISABELLA IRENE RODRIGUEZ,       §
                                §
        Plaintiffs,             §
                                §
VS.                             §          3:26-cv-207
                                §
REMY COEYTAUX,                  §
                                §
        Defendant.

## ORDER

Before the court is the parties' joint motion for an agreed briefing schedule. Dkt. 11. The court grants the motion.

It is hereby ordered that the following briefing deadlines shall apply to the plaintiffs' motion for preliminary injunction, Dkt. 5, the plaintiffs' motion for Rule 54(b) partial final judgment, Dkt. 6, and the defendant's forthcoming motion to dismiss:

- **September 1, 2026:** the defendant's motion to dismiss.

- **October 1, 2026**: the plaintiff's response to the motion to dismiss; the defendant's response to the plaintiffs' motion for preliminary injunction, Dkt. 5; and the defendant's response to the plaintiffs' motion for Rule 54(b) partial final judgment, Dkt. 6.

- **October 22, 2026:** the defendant's reply in support of the motion to dismiss; the plaintiffs' replies in support of the motion for preliminary injunction, Dkt. 5, and the motion for Rule 54(b) partial final judgment, Dkt. 6.

Signed on Galveston Island this 27th day of July, 2026.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE