United States District Court
Southern District of Texas
**ENTERED**
August 27, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| JERRY RODRIGUEZ and ISABELLA IRENE RODRIGUEZ, | § | |
| Plaintiffs, | § | |
| v. | § | C.A. NO. 3:26-CV-207 |
| Remy Coeytaux, | § | |
| Defendant. | § | |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Having considered Defendant's unopposed Motion for Leave to Exceed the Page Limit, finding good cause, and this Court being otherwise fully advised on its premises:

It is **ORDERED** that Defendant's unopposed Motion to Exceed Page Limit is **GRANTED**.

Further, it is **ORDERED** that the page limit for Defendant's forthcoming motion to dismiss is **EXTENDED** to 40 pages, Defendant's response to Plaintiffs' Motion for Preliminary Injunction is **EXTENDED** to 40 pages, and Defendant's response to Plaintiffs' Motion for Rule 54(b) Partial Judgment is **EXTENDED** to 40 pages.

Dated: 8/27/2026

Jeff Brown
The Honorable Jeffrey V. Brown
United States District Judge