UNITED STATES DISTRICT COURT — SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Galveston | Case Number | 3:26-cv-00207 |
|---|---|---|---|
| Jerry Rodriguez and Isabella Irene Rodriguez | | | |
| *versus* | | | |
| Remy Coeytaux | | | |

| | |
|---|---|
| Lawyer's Name | Ms. Jenna Adrith Hudson |
| Firm | Center for Reproductive Rights |
| Street | 1600 K Street NW |
| City & Zip Code | Washington, DC 20006 |
| Telephone & Email | 202 524 5531; jhudson@reprorights.org |
| Licensed: State & Number | D.C. (State) 1002396 |
| Federal Bar & Number | D.C. (U.S. District Court) 1002396 |

| | |
|---|---|
| Name of party applicant seeks to appear for: | Dr. Remy Coeytaux |

Has applicant been sanctioned by any bar association or court? Yes __ __ No __✔__

On a separate sheet for each sanction, please supply the full particulars.

| | |
|---|---|
| Dated: 9/23/2026 | Signed: [signature] |

| | |
|---|---|
| The state bar reports that the applicant's status is: | |
| Dated: | Clerk's signature |

## Order

**This lawyer is admitted *pro hac vice*.**

Dated: ________________________

________________________________
United States District Judge