UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| **Jerry Rodriguez** and **Isabella Irene Rodriguez**,<br>Plaintiffs,<br>v.<br>**Remy Coeytaux**,<br>Defendant. | Case No. 3:26-cv-207 |

## PLAINTIFFS' UNOPPOSED MOTION TO AMEND BRIEFING SCHEDULE

Plaintiffs Jerry Rodriguez and Isabella Irene Rodriguez respectfully ask this Court to amend the scheduling order that this Court entered on July 27, 2026 (ECF No. 12), by extending the plaintiffs' deadline to respond to the defendant's motion to dismiss, along with the defendant's responses to the plaintiffs' motions for preliminary injunction and Rule 54(b) partial judgment, by 14 days from Thursday, October 1, 2026, to Thursday, October 15, 2026.

The plaintiffs also request a concomitant 14-day extension of the deadlines to file reply briefs in support of the defendant's motion to dismiss and the plaintiffs' motions for preliminary injunction and Rule 54(b) partial judgment, which would move the due date for those replies from Thursday, October 22, 2026, to Thursday, November 5, 2026.

The plaintiffs are requesting this extension because their counsel has had an unusually busy schedule during the month of September that will make it difficult, if

not impossible, for him to finish the response to the defendant's motion to dismiss by Thursday, October 1, 2026. Unexpected developments that arose in other cases have consumed nearly all of Mr. Mitchell's responsibilities during the month of September, including but not limited to:

- A discovery hearing in *Davis v. Cooprider*, No. 2:25-cv-00220 (S.D. Tex.), which was held on September 10, 2026.

- Writing and filing an amicus curiae brief in *International Partnership for Ethical Care v. Ferguson*, No. 25-840 (SCOTUS), which was filed on September 11, 2026.

- A motion to compel discovery responses in *Davis v. Cooprider*, No. 2:25-cv-00220 (S.D. Tex.), which was held on September 12, 2026.

- Preparing and serving discovery responses in *Bloom v. City of Philadelphia*, No. 2:26-cv-01232-JDW (E.D. Pa.), which were due on September 21, 2026.

- Preparing and serving discovery responses in *Davis v. Cooprider*, No. 2:25-cv-00220 (S.D. Tex.), which were due on September 23, 2026.

- Writing and filing a brief responding to a motion to dismiss case as moot in *Weldon v. Lilith Fund for Reproductive Equity*, No. 02-22-00413-CV (Tex. App.—Fort Worth), which was filed on September 24, 2026.

- Writing and filing an amicus curiae brief in *O.R. v. Greenville Library System*, No. 26-1844 (4th Cir.), which was filed on September 25, 2026.

- Writing and filing a response to a motion to abate in *Weldon v. Lilith Fund for Reproductive Equity*, No. 02-22-00413-CV (Tex. App.—Fort Worth), which was filed on September 25, 2026.

- Preparing a motion for preliminary injunction in *Shirley v. Bonta*, No. 2:26-cv-03000-DJC-AC (E.D. Cal.), which is due on October 1, 2026.

- Writing an amicus curiae brief in *Olympus Spa v. Armstrong*, No. 25-332 (SCOTUS), which is due on October 5, 2026.

- Writing a brief responding to a motion to dismiss case as moot in *Texas Right to Life v. Van Stean*, No. 26-0099 which is due on October 5, 2026.

The defendant's motion to dismiss is 40 pages long and raises numerous jurisdictional and merits-based arguments, and Mr. Mitchell works as a solo practitioner and is unable to delegate tasks to colleagues or subordinates. The plaintiffs therefore respectfully request an additional 14 days to file their response to the motion to dismiss, along with a similar 14-day extension of the other briefing deadlines.

We have conferred with counsel for the defendant and they are unopposed to this motion. A proposed order is attached.

## CONCLUSION

The unopposed motion to amend the briefing order should be granted.

Respectfully submitted.

/s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Attorney-in-Charge*
Texas Bar No. 24075463
S.D. Tex. Bar No. 1133287
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

Dated: September 26, 2026

*Counsel for Plaintiffs*

## CERTIFICATE OF WORD COUNT

I certify that this motion contains 555 words.

/s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
*Counsel for Plaintiffs*

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Christopher M. Odell, counsel for the defendant, and he is unopposed to this motion.

/s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on September 26, 2026, I served this document by e-mail upon:

Christopher M. Odell
Leah Schultz
Arnold & Porter Kaye Scholer LLP
700 Louisiana Street, Suite 4000
Houston, Texas 77002-2755
(713) 576-2400 (phone)
(713) 576-2499 (fax)
christopher.odell@arnoldporter.com
leah.schultz@arnoldporter.com

Jenna Hudson
Center for Reproductive Rights
1600 K Street NW
Washington, DC 20002
(202) 628-0286 (phone)
jhudson@reprorights.org

/s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Plaintiffs*