United States District Court
Southern District of Texas
ENTERED
September 29, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JERRY RODRIGUEZ AND ISABELLA IRENE RODRIGUEZ, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | 3:26-cv-207 |
| | § | |
| REMY COEYTAUX, | § | |
| | § | |
| Defendant. | | |

**ORDER**

Before the court is the plaintiffs' unopposed motion to amend the briefing schedule, Dkt. 12. Dkt. 20. The court grants the motion.

It is hereby ordered that the following briefing deadlines shall apply to the plaintiffs' motion for preliminary injunction, Dkt. 5, the plaintiffs' motion for Rule 54(b) partial final judgment, Dkt. 6, and the defendant's motion to dismiss, Dkt. 15:

- **October 15, 2026**: the plaintiff's response to the motion to dismiss, Dkt. 15; the defendant's response to the plaintiffs' motion for preliminary injunction, Dkt. 5; and the defendant's response to the plaintiffs' motion for Rule 54(b) partial final judgment, Dkt. 6.
- **November 5, 2026:** the defendant's reply in support of the motion to dismiss, Dkt. 15; the plaintiffs' replies in support of the

motion for preliminary injunction, Dkt. 5, and the motion for Rule 54(b) partial final judgment, Dkt. 6.

Signed on Galveston Island this 29th day of September, 2026.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE