United States Code Annotated
Title 46. Shipping (Refs & Annos)
Subtitle VIII. Miscellaneous
Chapter 801. Wrecks and Salvage

46 U.S.C.A. § 80103
Formerly cited as 46 App. USCA § 722; 46 App. USCA § 723

# § 80103. Property on Florida coast to be taken to port of entry

Effective: October 6, 2006
Currentness

**(a) In general.**--Property taken from a wreck, the sea, or a key or shoal, on the coast of Florida and within the jurisdiction of the United States, shall be brought to a port of entry of the United States.

**(b) Seizure and forfeiture.**--A vessel transporting property described in subsection (a) to a foreign port may be seized by, and forfeited to, the United States Government. A forfeiture under this subsection accrues half to the informer and half to the Government.

## CREDIT(S)

(Pub.L. 109-304, § 11, Oct. 6, 2006, 120 Stat. 1690.)

46 U.S.C.A. § 80103, 46 USCA § 80103
Current through P.L. 119-121. Some statute sections may be more current, see credits for details.

End of Document

© 2026 Thomson Reuters. No claim to original U.S. Government Works.