Quick search by citation:

**Title** enter title **Section** section Go!

# 35 U.S. Code § 292 - False marking

U.S. Code Notes

### Historical and Revision Notes

Based on Title 35, U.S.C., 1946 ed., § 50 (R.S. 4901).

This is a criminal provision. The first two paragraphs of the corresponding section of existing statute are consolidated, a new paragraph relating to false marking of "patent applied for" is added, and false advertising is included in all the offenses. The minimum fine which has been interpreted by the courts as a maximum, is replaced by a higher maximum. The informer action is included as additional to an ordinary criminal action.

### Editorial Notes

### Amendments

2011—Subsec. (a). Pub. L. 112–29, § 16(b)(1), inserted at end "Only the United States may sue for the penalty authorized by this subsection."

Subsec. (b). Pub. L. 112–29, § 16(b)(2), amended subsec. (b) generally. Prior to amendment, subsec. (b) read as follows: "Any person may sue for the penalty, in which event one-half shall go to the person suing and the other to the use of the United States."

Subsec. (c). Pub. L. 112–29, § 16(b)(3), added subsec. (c).

1994—Subsec. (a). Pub. L. 103–465, in first par., substituted “used, offered for sale, or sold by such person within the United States, or imported by the person into the United States” for “used, or sold by him” and “made, offered for sale, sold, or imported into the United States” for “made or sold”.

## Statutory Notes and Related Subsidiaries

### Effective Date of 2011 Amendment

Pub. L. 112–29, § 16(b)(4), Sept. 16, 2011, 125 Stat. 329, provided that: “The amendments made by this subsection [amending this section] shall apply to all cases, without exception, that are pending on, or commenced on or after, the date of the enactment of this Act [Sept. 16, 2011].”

### Effective Date of 1994 Amendment

Amendment by Pub. L. 103–465 effective on date that is one year after date on which the WTO Agreement enters into force with respect to the United States [Jan. 1, 1995], with provisions relating to earliest filed patent application, see section 534(a), (b)(3) of Pub. L. 103–465, set out as a note under section 154 of this title.

U.S. Code Toolbox

Law about...
Articles from Wex

Table of Popular Names
Parallel Table of Authorities
How current is this?