**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| JERRY RODRIGUEZ and<br>ISABELLA IRENE RODRIGUEZ<br><br>Plaintiffs,<br><br>v.<br><br>REMY COEYTAUX<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. NO. 3:26-cv-207 |

---

**DEFENDANT'S UNOPPOSED MOTION**
**FOR LEAVE TO EXCEED PAGE LIMIT**

---

Defendant Dr. Remy Coeytaux submits this unopposed motion for leave to exceed by five pages the fifteen-page limit imposed by this Court's Rules of Practice. *See* Gal. Div. R. Prac. 6(f). Good cause exists to support an extension of page limits for his forthcoming reply in support of his Motion to Dismiss (ECF No. 15).

1. Plaintiffs Jerry Rodriguez and Isabella Irene Rodriguez filed their Complaint on June 30, 2026, asserting claims against Dr. Coeytaux for wrongful death and based on Texas House Bill 7 ("HB7"), Tex. Health & Safety Code Ann. §§ 171A.101, 171A.151 (2025), which went into effect on December 4, 2025.

2. On September 1, 2026, Dr. Coeytaux filed his Motion to Dismiss arguing that the Plaintiffs' Complaint should be dismissed in its entirety under Federal Rule of Civil Procedure 12(b). (ECF No. 15). Plaintiffs' complaint raised a number of complex

and novel questions requiring Dr. Coeytaux to request, and receive leave to file, forty pages to address. (ECF Nos. 13, 14).

3. Plaintiffs filed their opposition on October 15, 2026, also requesting and receiving leave to file forty pages to address all of their arguments. (ECF Nos. 23, 26).

4. Dr. Coeytaux is working diligently to address Plaintiffs' numerous arguments in an efficient and complete manner, but to doing so in a manner that clearly presents the issues for the Court's consideration requires more than the fifteen pages allowed under the local rules.

5. Accordingly, Defendant seeks an additional five (5) pages to adequately address the arguments Plaintiffs raise in response to his Motion to Dismiss.

Dated: November 11, 2026

Respectfully submitted,

*<u>/s/ Christopher M. Odell</u>*
Christopher M. Odell
ARNOLD & PORTER KAYE SCHOLER LLP
Texas State Bar No. 24037205
S.D. Tex. Bar No. 33677
Christopher.Odell@arnoldporter.com
Leah Schultz
Texas State Bar No. 24126910
S.D. Tex. Bar No. 3737066
Leah.Schultz@arnoldporter.com
700 Louisiana Street, Suite 4000
Houston, TX 77002-2755
P: (713) 576-2400
F: (713) 576-2499

Marc Hearron
HEARRON PLLC
Texas State Bar No. 24050739
(*pro hac vice forthcoming*)
marc@hearronlaw.com

100 Crescent Court
Suite 700, PMB 17265624
Dallas, Texas 75201
(214) 278-6815 (phone)

Jenna Hudson
CENTER FOR REPRODUCTIVE RIGHTS
District of Columbia State Bar No. 1002396
(*pro hac vice forthcoming*)
jhudson@reprorights.org
1600 K St. NW
Washington, DC 20002
P: (202) 628-0286

**COUNSEL FOR DEFENDANT REMY COEYTAUX**

**CERTIFICATE OF CONFERENCE**

I hereby certify that on November 10, 2026, I conferred via email regarding the substance of this Motion with counsel for Plaintiffs who represented that he was unopposed.

*/s/ Christopher M. Odell*
Christopher M. Odell
ARNOLD & PORTER KAYE SCHOLER LLP
Texas State Bar No. 24037205
S.D. Tex. Bar No. 33677
Christopher.Odell@arnoldporter.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2026, the foregoing document was electronically filed with the Clerk of Court for the U.S. District Court, Southern District of Texas, using the electronic filing system of the court.

*/s/ Christopher M. Odell*
Christopher M. Odell
ARNOLD & PORTER KAYE SCHOLER LLP
Texas State Bar No. 24037205
S.D. Tex. Bar No. 33677
Christopher.Odell@arnoldporter.com