United States District Court
Southern District of Texas
**ENTERED**
November 12, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JERRY RODRIGUEZ *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | 3:26-cv-207 |
| | § | |
| REMY COEYTAUX, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Before the court is the defendant's unopposed motion for leave to exceed the page limit. Dkt. 31. Finding good cause, the motion is **GRANTED**.

It is **ORDERED** that the page limit for Defendant's forthcoming reply in support of his motion to dismiss is **EXTENDED** to 20 pages.

Signed on Galveston Island this 12th day of November, 2026.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE