UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Galveston | Case Number | 3:26-cv-00207 |
|---|---|---|---|
| Jerry Rodriguez and Isabella Irene Rodriguez | | | |
| *versus* | | | |
| Remy Coeytaux | | | |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Marc Hearron<br>Hearron PLLC<br>100 Crescent Court, Suite 700, PMB 17265624<br>Dallas, Texas 75201<br>(214) 278-6815 \| marc@hearronlaw.com<br>Texas State Bar No. 24050739 |

| | |
|---|---|
| Name of party applicant seeks to appear for: | Defendant Dr. Remy Coeytaux |

Has applicant been sanctioned by any bar association or court? Yes ____ No ___✔___

On a separate sheet for each sanction, please supply the full particulars.

| | |
|---|---|
| Dated: 11/19/2026 | Signed: /s/ Marc Hearron |

| | |
|---|---|
| The state bar reports that the applicant's status is: | |
| Dated: | Clerk's signature |

## Order

**This lawyer is admitted *pro hac vice*.**

Dated: ____________________________

____________________________________
United States District Judge